■■■ In the Matter of CHARLES A. DINGLE, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [668 NYS2d 119] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner was found guilty after a Tier II hearing of violating an inmate disciplinary rule that prohibits refusing a direct order (*see,* 7 NYCRR 270.2 [B] [7] [i]). We reject petitioner's contention that the misbehavior report is not sufficiently specific to comply with 7 NYCRR 251-3.1 (c). The misbehavior report charges petitioner with refusing a direct order to resume his assigned task of hanging plates and sets forth enough details of the incident to enable petitioner to prepare a defense (*see, Matter of Rodriguez v Coombe,* 234 AD2d 663; *cf., Matter of Davis v Coughlin,* 200 AD2d 904, 905; *Matter of Howard v Coughlin,* 190 AD2d 1090, 1091). The misbehavior report, authored by the correction officer who gave petitioner the direct order and witnessed his refusal to comply, constitutes substantial evidence to support the determination (*see, Matter of Faison v Stinson,* 221 AD2d 746; *see generally, People ex rel. Vega v Smith,* 66 NY2d 130, 139-140). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. RAS, JR., Appellant. [668 NYS2d 133] —Judgment unanimously affirmed. Memorandum: County Court properly denied the motion to suppress defendant's statement to the police. The record supports the court's determination that defendant, despite his intellectual limitations, knowingly, intelligently and voluntarily waived his *Miranda* rights (*see, People v Tatsey,* 231 AD2d 920; *People v Ludlow,* 187 AD2d 936, *lv denied* 81 NY2d 888; *People v Matthews,* 148 AD2d 272, 274, *lv dismissed* 74 NY2d 950). (Appeal from Judgment of Monroe County Court, Marks, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DESHAWNTE WALLER, Respondent. [668 NYS2d 134] —Order unanimously affirmed for reasons stated in decision at Onondaga County Court, Brunetti, J. (Appeal from Order of Onondaga County Court, Brunetti, J.—Suppress Evidence.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.